ARBITRON COMPANY DIVISION OF CONTROL DATA CORPO-
RATION, a Maryland corporation, Plaintiff-Respond-
ent,

v.

FALLS BROADCASTING CORPORATION, a Wisconsin corpora-
tion, d/b/a WZMF Radio, Defendant-Appellant-Pe-
titioner.

Supreme Court

*No. 80–1624. Argued September 7, 1982.—Decided October 5, 1982.*

(Also reported in 324 N.W.2d 431.)

For the defendant-petitioner there was a brief (in court of appeals) and oral argument by *Harvey Goldstein,* Milwaukee.

For the plaintiff-respondent there was a brief (in court of appeals) by *Jordan B. Reich* and *Kohner, Mann & Kailas, S.C.,* Milwaukee, and oral argument by *Mr. Reich.*

PER CURIAM. We conclude the petition for review should be dismissed. After full examination of the record and the briefs of the parties, and after hearing oral argument, we conclude that the case does not present the legal

issues concerning modification and termination of contracts that the court anticipated when it granted the petition for review.

We conclude that the petition for review was improvidently granted.

The petition for review is dismissed.

BEILFUSS, C.J., took no part.